**Robert J. Young Esq.**
**Ellsworth & Young LLP**
**1164 Manhattan Avenue -Suite 100**
**Brooklyn, NY 11222**
**718-875-8000**
**rjy24@aol.com**

Magistrate Judge Anne Y. Shields
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722 - Courtroom 830
Chambers (631) 712-5710                                              April 1, 2016

        RE:   16 - CV - 0470
        VIS VIRES GROUP INC.
        vs. ENDONOVO THERAPEUTICS et al.

Dear Judge Shields:

    Please allow an of counsel/per diem attorney, admitted in the Eastern District of New York, to appear on the above matter for our office on 4/4/16 at11:00 am.  We have fully apprised counsel of all developments in the matter and provided background on the matter. Counsel from the same office has previously appeared on a prior motion on 2/16/2016.

    Please contact me if there are any issues or if additional information is sought.

        Respectfully Yours,

        /S/  Robert J. Young Esq. (RY6560)
        Ellsworth &Young LLP
        c/o Lindenbaum & Young PC
        1164 Manhattan Avenue - Suite 100
        Brooklyn, NY 11222
        718-875-8000
        310-567-8644
        rjy24@aol.com
        Attorney for Defendants

To:    Naidich Wurman LLP
        111 Great Neck Road - Suite 214
        Great Neck, NY 11021
        Attorney for Plaintiff