| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: ANNE Y. SHIELDS<br>        U.S. MAGISTRATE JUDGE | DATE: 4/1/2016<br>TIME: 11:00 AM<br>FTR: 11:05-11:12 |

CASE: **CV 16-470 (ADS) (AYS)** Vis Vires Group, Inc. V. Endonovo Therapeutics, Inc. Et al

TYPE OF CONFERENCE: INITIAL

APPEARANCES:    Plaintiff        Robert Johnson

                Defendant      Edward Lebeaux

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐    Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒    Other: After denial of Plaintiff's request for preliminary relief Plaintiff filed an amended complaint. Defendant has filed a motion to dismiss that complaint. Plaintiff states that he will respond to that motion on April 5, 2016 and Defendant states he will reply on April 12, 2016. In the event that the District Court finds the motion to have been properly interposed, this Court recommends that the District Court accept that briefing schedule for the motion. This Court will stay discovery in this matter pending a decision on the motion to dismiss.

SO ORDERED

/s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge